# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Paul Moore<br>*Defendant* | )<br>)<br>)   Case No.   1:90-cr-01063-FB-4<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Paul Moore                                      .

Date:   7/28/2022                                     */s/ Robert Begleiter*
                                                             *Attorney's signature*

                                                             Robert Begleiter
                                                             *Printed name*

                                                             Constantine Cannon LLP
                                                             335 Madison Avenue
                                                             New York, NY 10017
                                                             *Address*

                                                             rbegleiter@constantinecannon.com
                                                             *E-mail address*

                                                             (212) 350-2700
                                                             *Telephone number*

                                                             (212) 350-2701
                                                             *FAX number*